WALLIE GILLICK ET AL. V. WILSON WILLIAMS ET AL.

FILED DECEMBER 21, 1897.   No. 9121.

Injunction: REMEDY AT LAW.   On the authority of *Warlier v. Williams*, 53 Neb. 143, the decree of the district court is affirmed.

ERROR from the district court of Burt county.   Tried below before FAWCETT, J.   *Affirmed.*

*McCoy & Olmsted*, for plaintiffs in error.

*H. E. Carter, contra.*

RAGAN, C.

The facts in this case are in all respects the same as in *Warlier v. Williams*, 53 Neb. 143, and, on the authority of that case, the decree of the district court in this is

AFFIRMED.